Charles L. Post, State Bar No. 160443
Josh H. Escovedo, State Bar No. 284506
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com
         jescovedo@weintraub.com

Attorneys for Defendant Paul & Paul, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>PAUL & PAUL, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:14-cv-02562-MCE-EFB<br><br>**JOINT STIPULATION TO CONTINUE THE MAY 5, 2016 SETTLEMENT CONFERENCE; ORDER THEREON**<br><br>Complaint Filed: November 3, 2014 |

Defendant Paul & Paul, Inc. ("Defendant") and plaintiff Scott Johnson ("Plaintiff") submit the following stipulation to continue the May 5, 2016 settlement conference.

**RECITALS**

1. On January 15, 2016, the Court notified the parties that it was unavailable for a settlement conference on February 18, 2016, at 9:00 a.m., which was the previously scheduled date and time. Accordingly, the Court offered three alternative dates, including May 5, 2016, which is the currently-scheduled date for the settlement conference.

2. Both parties notified the Court that May 5, 2016 would work for the settlement conference. Since that time, however, Defendant's principal, Paul Grewal, has

become unavailable on that date because he will be out of the country. Mr. Grewal is the individual with the requisite settlement authority to resolve the matter on behalf of Defendant, and his attendance is necessary.

    3. Immediately upon learning of Defendant's unavailability, on April 18, 2016, counsel notified the Court of the issue. The Court stated that Defendant needed to file a motion or submit a joint stipulation to continue the settlement conference.

    4. Thereafter, Defendant's counsel approached Plaintiff's counsel to request that the parties stipulate to continue the settlement conference. Plaintiff's counsel responded that there was no problem with the continuance but that the settlement conference needed to be rescheduled for the earliest date possible.

## STIPULATION

    1. The parties agree that, with the Court's permission, the May 5, 2016 settlement conference should be vacated.

    2. The parties further stipulate that the settlement conference should be reset for the Court's earliest available date.

**STIPULATED TO AND APPROVED BY:**

Dated: April 27, 2015

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ Josh H. Escovedo

Josh H. Escovedo
State Bar No. 284506
Attorneys for Defendant Paul & Paul, Inc.

Dated: April 27, 2015

**POTTER HANDY, LLP**

By: /s/ Phyl Grace
Phyl Grace
State Bar No. 171771

Attorneys for Plaintiff Scott Johnson

## ORDER

The Parties have stipulated to the continuance of the May 5, 2016 settlement conference.  The parties also request the Court reset the mandatory settlement conference for the earliest available date.

**IT IS SO ORDERED.**

Dated: May 1, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

{2057028.DOCX;}   3   Joint Stipulation to Continue May 5, 2016 Settlement Conference; Order Thereon
Case No. 2:14-cv-02562-MCE-EFB

weintraub tobin chediak coleman grodin
law corporation