UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, | Case No. 2:14-CV-02562-MCE-DB |
| Plaintiff, | |
| v. | ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |
| **PAUL & PAUL INC., a California Corporation; and Does 1-10**, | |
| Defendants | |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants PAUL & PAUL INC., a California Corporation ("Defendants") have stipulated to extend the deadline to file dispositional documents by 30 days. Pursuant to that stipulation, the deadline to file dispositional documents is hereby extended to February 13, 2017.

IT IS SO ORDERED.

Dated: January 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE